UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1245

CAITLIN ROBERTSON, mother and next friend of
RYLAN ROBERTSON, a minor

       Plaintiff,

v.

5280 JUMPERS, LLC, KC & ASSOCIATES, LLC, TBVC ASSOCIATION INC. d/b/a BEAR VALLEY HOA

       Defendants.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

Defendant 5280 Jumpers, LLC ("Defendant 5280"), through undersigned counsel, hereby respectfully submits its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendant 5280 states that removal is proper for the following reasons:

**CONFERRAL CERTIFICATION**

Counsel for Defendant 5280 conferred with counsel for KC & Associates, LLC, and TBVC Association Inc. d/b/a Bear Valley HOA and counsel for Plaintiff regarding the substance of this Notice of Removal. Plaintiff has no objection to the removal. KC & Associates, LLC, and TBVC Association Inc. d/b/a Bear Valley HOA do not consent to the removal of this action.

**I. INTRODUCTION**

1.      On April 12, 2022, the Plaintiff, Caitlin Robertson as mother and next friend of Rylan Robertson, a minor ("Plaintiff") filed her Third Amended Complaint and Jury Demand ("Complaint") against the following Defendants; 5280 Jumpers, LLC, KC & Associates, LLC, and

TBVC Association Inc. d/b/a Bear Valley HOA , under Case No. 2022CV30700 in the District Court, Denver County, State of Colorado ("State Court Action").  *See* Third-Amended Complaint, attached as indicated below.

2. This action is being removed because this Court has diversity jurisdiction over the claims at issue.

3. Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCivR 81.1, a copy of the state court docket sheet, and all process, pleadings, orders, and records served upon or filed by Defendant 5280 in the State Court Action are attached hereto as **Exhibits A-T**.  Specifically, attached hereto are true and accurate copies of Plaintiff's Complaint as Exhibit A, the Civil Case Cover Sheet as Exhibit B, the Summons issued to Defendant 5280 as Exhibit C, the Summons issued to voluntarily dismissed Defendant Bear Valley U20, LLC as Exhibit D, the Summons issued to dismissed Defendant KC & Associates as Exhibit E, Denver County District Court Delay Reduction Order as Exhibit F, Denver County District Court Pre-trial Order as Exhibit G, Plaintiff's Amended Complaint as Exhibit H, Notice of Voluntary Dismissal of Defendant Bear Valley Club U20, LLC as Exhibit I, Plaintiff's Second Amended Complaint as Exhibit J, Plaintiff's Third Amended Complaint as Exhibit K, Counsel's Entry of Appearance for Defendant KC & Associates, LLC and TBVC Association, Inc. as Exhibit L, Motion to Change Venue and proposed Order as Exhibit M, Denver County District Court order regarding Motion to Change Venue as Exhibit N, Affidavits of Service for Defendant 5280, Defendant KC & Associates, LLC, and TBVC Association Inc. d/b/a Bear Valley HOA marked respectively as Exhibits O, P, and Q, Defendant 5280 Answer to Plaintiff's Third Amended Complaint as Exhibit R, Denver County District Court Clerk's Certificate for Change of Venue as Exhibit S, and the State Court docket sheet as Exhibit T.

4. Written notice of the filing of this Notice of Removal will be given to Plaintiff. A copy of this Notice of Removal will be filed concurrently herewith in the District Court, Denver County, State of Colorado as required by 28 U.S.C. § 1446(b).  No hearing has been set in the State Court Action as of the time of filing this Notice of Removal.

5. By filing this Notice of Removal, Defendant 5280 does not waive any defenses which may be available in this action.

## II. REMOVAL JURISDICTION

6. This action is a civil action that may be removed to this Court by Defendant 5280 pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of Seventy-Five-Thousand-Dollars ($75,000.00), exclusive of interest and costs.

## III. COMPLETE DIVERSITY OF CITIZENSHIP

7. As is apparent from the Complaint, at all times material hereto, including the time the State Court Action was filed, Plaintiff was and is a citizen of the State of Texas. *See* Ex. K at ¶ 1.

8. As is apparent from the Complaint, at all times material hereto, including the time the State Court Action was filed, Defendant 5280 was and is a Colorado corporation, with its principal place of business in the Colorado. *See* Ex. K at ¶ 2.

9. As is apparent from the Complaint, at all times material hereto, including the time the State Court Action was filed, Defendant KC & Associates, LLC was and is a Colorado corporation, with its principal place of business in Colorado. *See* Ex. K at ¶ 3.

10. As is apparent from the Complaint, at all times material hereto, including the time the State Court Action was filed, Defendant TBVC Association Inc. d/b/a Bear Valley HOA was

and is a Colorado corporation, with its principal place of business in Colorado. *See* Ex. K at ¶.

11.     Since Plaintiff is a citizen of Texas and Defendants are citizens of Colorado, the parties are citizens of different states, and complete diversity exists.

## IV. AMOUNT IN CONTROVERSY

12.     This action is being removed to Federal Court on the basis that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

13.     This case arises out of an accident which occurred on June 6, 2020 at a property located at 3623 S. Sheridan Blvd. Lakewood CO 80235 ("the Accident").

14.     Plaintiff asserts claims for premises liability and negligence against Defendant 5280 in relation to the Accident and certain alleged resulting damages and injuries.

15.     On March 14, 2022, Plaintiff filed a Civil Case Cover Sheet, in which Plaintiff indicated that she seeks a money judgment in excess of $100,000 in this action, thereby exceeding the $75,000 amount in controversy threshold for diversity of citizenship jurisdiction in federal court. *See* Civil Case Cover Sheet, attached as Exhibit B.

16.     As such, it is apparent from the pleadings that Plaintiff is seeking damages in an amount in excess of $75,000 for alleged negligence and premises liability.

## V. TIMELINESS OF REMOVAL

17.     A notice of removal must be filed within thirty (30) days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. (28 U.S.C. §1446(b).)  Defendant 5280 was served with the Summons and Third-Amended Complaint, on April 20, 2022. *See* Affidavit of Service, attached as Exhibit O.  Therefore, this Notice of Removal is timely filed under 28 U.S.C. §1446(b), because it is filed within thirty (30) days of the date Defendant 5280 was served with the Summons and Third-Amended Complaint.

WHEREFORE, Defendant 5280 Jumpers, LLC respectfully requests that this action be removed from the Denver County District Court, State of Colorado to the United States District Court of Colorado .

RESPECTFULLY submitted this 19TH day of May, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/Kimberly Viergever*
Kimberly Viergever, #22096
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Phone: 303-572-5300
Fax: 303-573-5301
Kimberly.Viergever@wilsonelser.com
*Attorneys for Defendant 5280 Jumpers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2022 a true and correct copy of the foregoing Notice of Removal was filed with the Clerk of the United States District Court using the PACER/ECF system, and served on all counsel of record:

By:   /s/ Kimberly Viergever