# EXHIBIT B

## to

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court address: Denver District Court<br>            1437 Bannock St # 256<br>            Denver, CO 80202 | DATE FILED: March 14, 2022 6:06 PM<br>FILING ID: 4018EE7871159<br>CASE NUMBER: 2022CV30700 |
| Plaintiff:  Caitlin Robertson as mother and next friend of Rylan Robertson, a minor<br><br>v.<br><br>Defendants: 5280 Jumpers, LLC; KC & Associates, LLC; Bear Valley Club U20, LLC d/b/a Bear Valley Club HOA | ▲COURT USE ONLY▲ |
| Attorneys for Plaintiff:<br>Michael Born, Reg. No. 38464<br>Alexander Beale, Reg. No. 52430<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Aurora, Colorado  80014<br>Phone Number:  (303) 757-3300<br>Fax Number:      (303) 759-5203<br>E-Mail:           bornm@fdazar.com bealea@fdazar.com | Case Number:<br><br>Division/Ctrm: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ■ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

    > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

JDF 601SC  R09-18   DISTRICT COURT CIVIL (CV) CASE COVER SHEET                Page 1 of 2

**Or**

☐   Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ■   This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38.

Dated March 14, 2022

                                  **FRANKLIN D. AZAR & ASSOCIATES, P.C.**
                                    /s/     Michael Born
                                  Michael Born, Reg. No. 38464
                                  ATTORNEYS FOR PLAINTIFF