# EXHIBIT O

## to

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

| | |
|---|---|
| District Court, Denver County, Colorado<br>1437 Bannock St # 256, Denver, CO 80202 | ▲ COURT USE ONLY ▲<br><br>DATE FILED: May 2, 2022 5:32 PM<br>FILING ID: 230F71E72FBAB<br>CASE NUMBER: 2022CV30700 |
| Plaintiff(s) / Petitioner(s): **Caitlin Robertson As Mother Next Friend Of Rylan Robertson, A Minor**<br><br>v.<br><br>Defendant(s) / Respondent(s): **5280 Jumpers, LLC, Kc & Associates, LLC, Tbvc Association Inc. d/b/a Bear Valley Hoa** | Case No.: 2022CV30700 |
| **AFFIDAVIT OF SERVICE** | |

I, Lynne Grimes, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on 5280 Jumpers, LLC in Jefferson County, CO on April 20, 2022 at 12:00 pm at 6732 W Coal Mine Ave, 185, Littleton, CO 80128 by leaving the following documents with Jill Regenthal who as Owner of UPS STORE is authorized by appointment or by law to receive service of process for 5280 Jumpers, LLC.

Summons and Third Amended Complaint
Email Confirmation from 5280 Jumpers, LLC Attorney
Colorado Secretary of State Confirmation regarding 5280 Jumpers, LLC

Additional Description:
Successful serve Jill Regenthal
owner stated she would put in subjects box, confirmed ownership of UPS BOX.

White Female, est. age 45, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=39.5943917465,-105.0707133702
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in   Douglas County  ,
  CO   on   4/20/2022  .

/s/ *Lynne Grimes*
Signature
Lynne Grimes
(720) 260-8999

# Exhibit 1



Exhibit 1a)