# EXHIBIT R

to

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

| | DATE FILED: May 9, 2022 1:09 PM<br>FILING ID: 9F3160B9C488C<br>CASE NUMBER: 2022CV30700 |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address: 1437 Bannock St # 256<br>Denver, CO 80202 | |
| Plaintiff: Caitlin Robertson as mother and next friend of Rylan Robertson, a minor<br><br>v.<br><br>Defendants: 5280 Jumpers, LLC; KC & Associates, LLC; Bear Valley Club U20, LLC d/b/a Bear Valley Club HOA | ▲COURT USE ONLY▲ |
| *Attorneys for Defendant 5280 Jumpers, LLC:*<br>Kimberly Viergever, #22096<br>Jane Bendle Lucero, #31164<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>1225 17th Street, Suite 2750<br>Denver, Colorado 80202<br>Phone: 303-572-5300<br>Fax: 303-573-5301<br>Kimberly.Viergever@wilsonelser.com<br>Jane.Lucero@wilsonelser.com | Case No.: 2022CV30700<br><br>Division/Ctrm: 466 |

## DEFENDANT 5280 JUMPERS, LLC'S ANSWER AND JURY DEMAND

Defendant 5280 Jumpers, LLC, (referred to as "Defendant"), by and through its attorneys, Jane Bendle Lucero and Kimberly A. Viergever of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby answers Plaintiff's Third Amended Complaint ("Complaint") as follows:

**VENUE**

1. Based on the information currently known to Defendant, Defendant admits the allegations set forth in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations set forth in paragraph 2 of Plaintiff's Complaint.

3. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 3 of Plaintiff's Complaint and as such denies the same.

270831486v.1

4. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 3 of Plaintiff's Complaint, and as such denies the same.

5. Defendant admits pursuant to a rental agreement, it set up a bounce house on or about June 6, 2020 at 3623 S. Sheridan Blvd., Lakewood, Colorado 80235 in Jefferson County, Colorado. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations set forth in paragraph 5 of Plaintiff's Complaint, and as such denies the same.

6. The allegations set forth in paragraph 6 of Plaintiff's Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

## GENERAL ALLEGATIONS

7. As to the allegations in paragraph 7 of the Complaint, Defendant admits that a resident of the Property rented a bounce house from Defendant for use on June 6, 2020. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations set forth in paragraph 7 of Plaintiff's Complaint, and as such denies the same.

8. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 8 of Plaintiff's Complaint, and as such denies the same.

9. Defendant admits the allegations set forth in paragraph 9 of Plaintiff's Complaint.

10. As to the allegations set forth in paragraph 10 of Plaintiff's Complaint, Defendant admits that it was allowed to set up a bounce house on the Property. As to the remaining allegations set forth in paragraph 10 of Plaintiff's Complaint, Defendant is without sufficient information or knowledge to admit or deny these allegations, and as such denies the same.

11. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 11 of Plaintiff's Complaint, and as such denies the same.

12. As to the allegations set forth in paragraph 12 of Plaintiff's Complaint, Defendant denies that it (Defendant) improperly secured the bounce house. As to the remaining allegations set forth in paragraph 12 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny these allegations, and as such denies the same.

13. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 13 of Plaintiff's Complaint, and as such denies the same.

14. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 14 of Plaintiff's Complaint, and as such denies the same.

15. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 15 of Plaintiff's Complaint, and as such denies the same.

16. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 16 of Plaintiff's Complaint, and as such denies the same.

17. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 17 of Plaintiff's Complaint, and as such denies the same.

18. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 18 of Plaintiff's Complaint, and as such denies the same.

19. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 19 of Plaintiff's Complaint, and as such denies the same.

20. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 20 of Plaintiff's Complaint, and as such denies the same.

21. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 21 of Plaintiff's Complaint, and as such denies the same.

22. The allegations set forth in paragraph 22 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

23. The allegations set forth in paragraph 23 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court.  If a response is deemed necessary, Defendant denies any and all allegations.

24. The allegations set forth in paragraph 24 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be

       determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

25. Defendant denies the allegations set forth in paragraph 25 of the Complaint.

26. The allegations set forth in paragraph 26 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

27. The allegations set forth in paragraph 27 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

28. The allegations set forth in paragraph 28 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

29. The allegations set forth in paragraph 29 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

30. The allegations set forth in paragraph 30 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

31. Defendant admits the allegations set forth in paragraph 31 of Plaintiff's Complaint.

32. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 32 of Plaintiff's Complaint, and as such denies the same.

33. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 33 of Plaintiff's Complaint, and as such denies the same.

34. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 34 of Plaintiff's Complaint, and as such denies the same.

35. Defendant denies the allegations set forth in paragraph 35 of Plaintiff's Complaint.

36. Defendant denies the allegations set forth in paragraph 36 of Plaintiff's Complaint.

37. Defendant denies the allegations set forth in paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations set forth in paragraph 38 of Plaintiff's Complaint.

39. Defendant admits the allegations set forth in paragraph 39 of Plaintiff's Complaint.

40. As to the allegations set forth in paragraph 40 of the Complaint, Defendant admits it was not on site, nor required to be on site, during the use of the rented bounce house to monitor its use. Defendant denies it had any duty or responsibility, contractually or otherwise, to monitor the use of its rented product. Defendant denies all remaining allegations.

41. The allegations set forth in paragraph 41 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

42. The allegations set forth in paragraph 42 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

43. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 43 of Plaintiff's Complaint, and as such denies the same.

44. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 44 of Plaintiff's Complaint, and as such denies the same.

45. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 45 of Plaintiff's Complaint, and as such denies the same.

46. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 46 of Plaintiff's Complaint, and as such denies the same.

47. The allegations set forth in paragraph 47 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

48. The allegations set forth in paragraph 48 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

49. The allegations set forth in paragraph 49 of the Complaint appear to set forth Plaintiff's legal conclusions to which no response is required, as the applicable law will be determined and applied by the Court. If a response is deemed necessary, Defendant denies any and all allegations.

50. Defendant denies the allegations set forth in paragraph 50 of the Complaint.

51. Defendant denies the allegations set forth in paragraph 51 of the Complaint.

52. Defendant denies the allegations set forth in paragraph 52 of the Complaint.

53. Defendant denies the allegations set forth in paragraph 53 of the Complaint.

## FIRST CLAIM FOR RELIEF
*(Premises Liability under C.R.S. §13-21-115 against 5280 Jumpers)*

54. Defendant incorporates its responses to paragraphs 1-53 above as if fully incorporated herein.

55. Defendant denies the allegations set forth in paragraph 55 of Plaintiff's Complaint.

56. Defendant denies the allegations set forth in paragraph of 56 of Plaintiff's Complaint.

57. Defendant denies the allegations set forth in paragraph of 57 of Plaintiff's Complaint.

58. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 58 of Plaintiff's Complaint, and as such denies the same.

59. Defendant denies the allegations set forth in paragraph of 59 of Plaintiff's Complaint.

60. Defendant denies the allegations set forth in paragraph of 60 of Plaintiff's Complaint.

61. Defendant denies the allegations set forth in paragraph of 61 of Plaintiff's Complaint.

62. As to the allegations set forth in paragraph 62 of Plaintiff's Complaint, Defendant admits that it knew of weather predictions for the subject day and instructed the renter of the bounce house accordingly, and that the contract signed by the renter and the physical bounce house itself provided written instructions as to what the renter was required to do related to wind and rain. Defendant denies all remaining allegations in paragraph 62 of Plaintiff's Complaint.

63. Defendant denies the allegations set forth in paragraph of 63 of Plaintiff's Complaint.

64. Defendant denies the allegations set forth in paragraph of 64 of Plaintiff's Complaint.

65. Defendant denies the allegations set forth in paragraph of 65 of Plaintiff's Complaint.

66. Defendant denies the allegations set forth in paragraph of 66 of Plaintiff's Complaint.

67. Defendant denies the allegations set forth in paragraph of 67 of Plaintiff's Complaint.

## SECOND CLAIM FOR RELIEF
(*Negligence against defendant 5280 Jumpers*)

68. Defendant incorporates its responses to paragraphs 1 through 67 above as if fully incorporated herein.

69. Defendant denies the allegations set forth in paragraph 69 of Plaintiff's Complaint.

70. Defendant denies the allegations set forth in paragraph 70 of Plaintiff's Complaint.

71. Defendant denies the allegations set forth in paragraph 71 of Plaintiff's Complaint.

72. Defendant denies the allegations set forth in paragraph 72 of Plaintiff's Complaint.

73. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 73 of Plaintiff's Complaint, and as such denies the same.

74. Defendant denies the allegations set forth in paragraph 74 of Plaintiff's Complaint.

75. Defendant denies the allegations set forth in paragraph 75 of Plaintiff's Complaint.

76. Defendant denies the allegations set forth in paragraph 76 of Plaintiff's Complaint.

77. Defendant denies the allegations set forth in paragraph 77 of Plaintiff's Complaint.

78. Defendant denies the allegations set forth in paragraph 78 of Plaintiff's Complaint.

79. Defendant denies the allegations set forth in paragraph 79 of Plaintiff's Complaint.

80. Defendant denies the allegations set forth in paragraph 80 of Plaintiff's Complaint.

### THIRD CLAIM FOR RELIEF
*(Premises Liability under C.R.S. § 13-21-115 against KC & Associates)*

81. Defendant incorporates its responses to paragraphs 1 through 80 above as if fully incorporated herein.

82. The allegations set forth in paragraph 82 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

83. The allegations set forth in paragraph 83 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

84. The allegations set forth in paragraph 84 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

85. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 85 of Plaintiff's Complaint, and as such denies the same.

86. As to the allegations in paragraph 86 of Plaintiff's Complaint, Defendant denies that there were no warnings and/or instructions posted on the bounce house. As to the remaining allegations set forth in paragraph 86 of Plaintiff's Complaint, these are directed to another

       defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

87. The allegations set forth in paragraph 87 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

88. The allegations set forth in paragraph 88 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

89. The allegations set forth in paragraph 89 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

90. The allegations set forth in paragraph 90 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

91. The allegations set forth in paragraph 91 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

92. The allegations set forth in paragraph 92 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

93. The allegations set forth in paragraph 93 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including any allegation or suggestion that Defendant's actions were negligent/faulty).

94. The allegations set forth in paragraph 94 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

95. The allegations set forth in paragraph 95 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant.  If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

96. The allegations set forth in paragraph 96 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

## FOURTH CLAIM FOR RELIEF
*(Negligence against Defendant KC & Associates)*

97. Defendant incorporates its responses to paragraphs 1 through 96 above as if fully incorporated herein.

98. The allegations set forth in paragraph 98 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

99. The allegations set forth in paragraph 99 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

100. The allegations set forth in paragraph 100 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including any allegation that Defendant improperly secured and/or staked the bounce house).

101. The allegations set forth in paragraph 101 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house should never have been installed).

102. The allegations set forth in paragraph 102 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

103. Defendant is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 103 of Plaintiff's Complaint, and as such denies the same.

104. As to the allegations in paragraph 104 of Plaintiff's Complaint, Defendant denies that there were no warnings and/or instructions posted on the bounce house as to what the renter was required to do in case of rain or wind. As to the remaining allegations set forth

in paragraph 104 of Plaintiff's Complaint these are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

105. The allegations set forth in paragraph 105 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

106. The allegations set forth in paragraph 106 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

107. The allegations set forth in paragraph 107 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

108. The allegations set forth in paragraph 108 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

109. The allegations set forth in paragraph 109 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

110. The allegations set forth in paragraph 110 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

111. The allegations set forth in paragraph 111 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

## FIFTH CLAIM FOR RELIEF
*(Premises Liability under C.R.S. §13-21-115 against Bear Valley)*

112. Defendant incorporates its responses to paragraphs 1 through 111 above as if fully incorporated herein.

113. The allegations set forth in paragraph 113 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

114. The allegations set forth in paragraph 114 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

115. The allegations set forth in paragraph 115 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

116. The allegations set forth in paragraph 116 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

117. Defendant is without sufficient information or knowledge to admit or deny the allegations in paragraph 117 of Plaintiff's Complaint and therefore deny the same.

118. As to the allegations in paragraph 118 of Plaintiff's Complaint, Defendant denies that there were no warnings and/or instructions posted on the bounce house as to what the renter was required to do in case of rain or wind. As to the remaining allegations set forth in paragraph 118 of Plaintiff's Complaint these are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

119. The allegations set forth in paragraph 119 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

120. The allegations set forth in paragraph 120 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a

      response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

121. The allegations set forth in paragraph 121 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

122. The allegations set forth in paragraph 122 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

123. The allegations set forth in paragraph 123 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

124. The allegations set forth in paragraph 124 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

125. The allegations set forth in paragraph 125 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that Defendant's actions were negligent/faulty).

126. The allegations set forth in paragraph 126 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

127. The allegations set forth in paragraph 127 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

128. The allegations set forth in paragraph 128 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

## SIXTH CLAIM FOR RELIEF
*(Negligence against Bear Valley)*

129. Defendant incorporates its responses to paragraphs 1 through 128 above as if fully incorporated herein.

130. The allegations set forth in paragraph 130 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

131. The allegations set forth in paragraph 131 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

132. The allegations set forth in paragraph 132 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

133. The allegations set forth in paragraph 133 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

134. The allegations set forth in paragraph 134 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

135. Defendant is without sufficient information to admit or deny the allegations set forth in paragraph 135 of Plaintiff's Complaint and therefore deny the same.

136. As to the allegations in paragraph 136 of Plaintiff's Complaint, Defendant denies that there were no warnings and/or instructions posted on the bounce house as to what the renter was required to do in case of rain or wind. As to the remaining allegations set forth in paragraph 136 of Plaintiff's Complaint these are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

137. The allegations set forth in paragraph 137 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a

response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

138. The allegations set forth in paragraph 138 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

139. The allegations set forth in paragraph 139 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

140. The allegations set forth in paragraph 140 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

141. The allegations set forth in paragraph 141 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

142. The allegations set forth in paragraph 142 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations (including the allegation that the bounce house was improperly installed/staked by Defendant).

143. The allegations set forth in paragraph 143 of Plaintiff's Complaint are directed to another defendant, and do not require a response from this Defendant. If it is determined that a response from this Defendant is required, Defendant denies all such allegations.

## **ANSWER TO ALL ALLEGATIONS**

Defendant denies each and every allegation not specifically admitted above.

## **AFFIRMATIVE DEFENSES**

By way of further answer and without admitting any allegation previously denied, Defendant asserts the following affirmative defenses. These matters are set forth to apprise Plaintiff of certain potentially applicable defenses. However, by listing any matter as an

affirmative defense, Defendant does not assume the burden of proving any matter upon which Plaintiff bears the burden of proof.

1. Plaintiff's claims against this Defendant are barred by the provisions of C.R.S. § 13-21-115 *et seq*. (Colorado Premises Liability Act).

2. Plaintiff and/or minor Rylan Robertson may have been negligent, and such negligence may have been either the sole or a contributing cause of Plaintiff's alleged injuries and damages, if any, and either bars Plaintiff's claims in their entirety, or reduces Plaintiff's damages pursuant to C.R.S. § 13-21-111 (Comparative negligence).

3. Plaintiff's claims are barred or reduced by her and/or minor Rylan Robertson's voluntary or unreasonable exposure to injury with knowledge or appreciation of the danger and risk involved pursuant to C.R.S. § 13-21-111.7 (Assumption of risk).

4. Plaintiff's alleged injuries and damage, if any, were the result of acts or omissions of persons and parties unrelated to Defendant (including other named defendants and designated non-parties at fault) and for whose acts or omissions Defendant is not liable.

5. Plaintiff's claimed injuries and damages may be reduced by the provisions of C.R.S. §13-21-111.6 (Collateral Source doctrine).

6. Plaintiff's claimed injuries and damages may be reduced by the provisions of C.R.S. §13-21-102.5. (Non-economic damage limitation).

7. Plaintiff's claims may be reduced due to her failure to mitigate damages, if any.

8. Defendant may be entitled to a set-off or credit for any payment made to Plaintiff by others as a result of the incident or the subject litigation.

9. Defendant reserves the right to add, delete or modify its defenses should the same become necessary and appropriate during discovery in this matter.

## **JURY DEMAND**

**DEFENDANT DEMANDS A JURY TRIAL.**

Respectfully submitted on May 9th, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/ Kimberly A. Viergever*
Kimberly A. Viergever, #22096
Jane Bendle Lucero, #31164
*ATTORNEYS FOR DEFENDANT 5280 JUMPERS, LLC*

5280 Jumpers, LLC's Address:
6732 W. Coal Mine Ave, Unit 185
Littleton, CO 80123

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of May, 2020, a true and correct copy of the foregoing **DEFENDANT 5280 JUMPERS, LLC'S ANSWER AND JURY DEMAND** was electronically filed via CCEF, addressed to all parties of record.

*/s/ Meghan Atencio*
Meghan Atencio