## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01245

CAITLIN ROBERTSON, mother and next friend of
RYLAN ROBERTSON, a minor

        Plaintiff,

v.

5280 JUMPERS, LLC, KC & ASSOCIATES, LLC, TBVC ASSOCIATION INC. d/b/a BEAR VALLEY HOA

        Defendants.

## DEFENDANT 5280 JUMPERS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant 5280 Jumpers, LLC by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, as follows:

1. Defendant 5280 Jumpers, LLC does not have a parent company.

2. Defendant is not publicly traded therefor no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY submitted this 20th day of May, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/Kimberly Viergever*
Kimberly Viergever, #22096
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 1700

270553845v.1

Denver, Colorado 80202
Phone: 303-572-5300
Fax: 303-573-5301
Kimberly.Viergever@wilsonelser.com
*Attorneys for Defendant 5280 Jumpers, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2022 a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the United States District Court using the PACER/ECF system, and served on all counsel of record:

      By:    /s/ Kimberly Viergever

2

270553845v.1