**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01245

CAITLIN ROBERTSON, mother and next friend of
RYLAN ROBERTSON, a minor

      Plaintiff,

v.

5280 JUMPERS, LLC, KC & ASSOCIATES, LLC, TBVC ASSOCIATION INC. d/b/a BEAR
VALLEY HOA

      Defendants.

---

**DEFENDANT 5280 JUMPERS LLC'S UNOPPOSED MOTION TO REMAND
PURSUANT TO 28 USCS §1447**

---

      Defendants 5280 Jumpers, LLC, (collectively referred to as "Defendant 5280"), by and
through undersigned counsel, respectfully submits this Unopposed Motion to Remand, stating as
follows:

<u>Certification Pursuant to D.C.Colo.L.CivR 7.1</u>

      Counsel for Defendant 5280 conferred with counsel for Plaintiff and counsel for Co-
Defendants, neither have an objection to this Motion.

      1.     Plaintiff initiated a civil action against Defendants in Denver District Court on
March 14, 2022.

271691747v.1

2.      Plaintiff amended her Complaint on three separate occasions.  As is apparent in her Third Amended Complaint, Plaintiff and her minor son are residents of Watauga, Texas; Defendant 5280 is a Colorado Corporation; Defendant KC & Associates, LLC is a Colorado Corporation; and, Defendant TBVC Association Inc., d/b/a Bear Valley HOA is a Colorado nonprofit.

3.      As Plaintiff is a citizen of Texas and Defendants are citizens of Colorado the parties are citizens of different states and complete diversity exists.

4.      Plaintiff asserts claims for premises liability and negligence against Defendants and alleges resulting damages and injuries.

5.      On March 14, 2022, in conjunction with the initiation of her lawsuit, Plaintiff filed a Civil Case Cover Sheet, therein asserting that she seeks a money judgement in excess of $100,000 in this action, thereby exceeding the $75,000 amount in controversy threshold for diversity of jurisdiction in Federal Court.

6.      Based on the factual allegations asserted in Plaintiff's Third Amended Complaint removal to this Court based on diversity was appropriate.

7.      A notice of removal must be filed within thirty days (30) days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. (28 U.S.C. §1446(b)).  Defendant 5280 was served on April 20, 2022.  The deadline for filing the Notice of Removal was May 20, 2022.

2

8.      Defendant 5280 timely filed its Notice of Removal on May 19, 2022.

9.      Prior to filing the Notice of Removal, counsel for Defendant 5280 conferred with Plaintiff's counsel and counsel for Co-Defendants.   Plaintiff did not oppose the Notice of Removal.   Co-Defendants did not consent to the removal, however, discussions as to the basis for their non-consent remained ongoing between defense counsel.   In the interim, counsel for Defendants KC & Associates, LLC and TBVC Association Inc., d/b/a Bear Valley HOA, traveled out of state with limited ability to contact counsel for Defendant 5280 to further the discussions on this issue.   Confronted with the May 20th deadline, in an abundance of caution, Defendant 5280 filed its Notice of Removal.

10.     Upon counsel's return to Colorado, discussion amongst counsel for Defendants continued as to Defendants KC & Associates, LLC and TBVC Association Inc., d/b/a Bear Valley HOA's stance on the removal of this case. Defendants KC & Associates, LLC and TBVC Association Inc., d/b/a Bear Valley HOA remain opposed to the removal of this case.

11.     Section 1446(b)(2)(A) of Title 28 provides that "all defendants who have been properly joined and served must join in or consent to the removal of the action." *Makris v. Tindall*, Civil Action No. 13-cv-00750-PAB, 2013 U.S. Dist. LEXIS 41397, at *1-2 (D. Colo. Mar. 25, 2013).  In this action, because all Defendants do not consent, removal must result in remand as the removal is procedurally flawed.  *Id*., internal citations omitted.

271691747v.1

12.     Additionally, based on information and belief as currently known, Defendant 5280 is considering the addition of a third party defendant, Tasha Ellis, 3623 South Sheridan Blvd., Denver, CO 80235.   The addition of Ms. Ellis to this suit would destroy complete diversity on which this removal was based.

13.     28 USCS §1447 contemplates that remand by removal be to the state court from which it was removed.  *Allied Signal Recovery Trust v. Allied Signal, Inc*., 298 F. 3d 263, 39 Bankr. Ct. Dec. (LPR) 250, 2002 U.S. App. LEXIS 15346 (3d Cir. 2002).

14.     Prior to the filing of Defendant 5280's Answer in the state court action, Defendants KC & Associates, LLC and TBVC Association Inc., d/b/a Bear Valley HOA moved to change venue from Denver District Court to Jefferson County District Court on April 27, 2022.  Although the motion was granted on April 29, 2022, the Denver District Court Clerk's Receipt for Change of Venue, thereby creating a case in Jefferson County District Court, was not received by the Jefferson County District Court until May 27, 2022.  (Ex. A.).   Accordingly, although this action was removed from Denver District Court, it should be remanded to the Jefferson County District Court, where there is a current docketed case, Caitlin Robertson as mother and next friend of Rylan Robertson, a minor v. 5280 Jumpers, LLC; KC & Associates, LLC and TBVC Association Inc., d/b/a Bear Valley HOA, Case 2022CV105.

15.     This Motion is not meant for the purpose of harassment, or delay and will not result in prejudice to any party.  Moreover, there has been no prejudice to any party as the result of the removal of the above-captioned action.

4

Respectfully submitted on June 2, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

*/s/ Kimberly Viergever*
Kimberly Viergever, #22096
Jane Bendle Lucero, #31164
*ATTORNEYS FOR DEFENDANT 5280 JUMPERS, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2022 a true and correct copy of the foregoing DEFENDANT 5280 JUMPERS LLC'S UNOPPOSED MOTION TO REMAND PURSUANT TO 28 USCS §1447 was filed with the Clerk of the United States District Court using the PACER/ECF system, and served on all counsel of record:

By: /s/ Kimberly Viergever

271691747v.1