# EXHIBIT A

☒ County Court ☐ District Court

Jefferson County, Colorado
Court Address:
100 Jefferson County Parkway
Golden CO 80401

DATE FILED: May 27, 2022 10:25 AM
CASE NUMBER: 2022CV105

Plaintiff/Petitioner: Caitlin Robertson et al

v.

Defendant/Respondent: 5280 Jumpers LLC et al

▲ **COURT USE ONLY** ▲

Current Case Number: 2022CV105

Original Case Number: 22CV30700

Division 8 Courtroom 400

**CLERK'S RECEIPT FOR CHANGE OF VENUE**

**To:** County/District Court, Jefferson County County

I received the ☐ original document/papers and/or ☒ electronic records on change of venue on 5/13/2022 (date). The case was created/docketed on 5/27/2022 (date).

Our case number is 2022CV105, and all future documents filed must be identified by our assigned Court case number.

☐ If applicable, the Protection Order was entered on _____ (date).
☐ If applicable, the Judgment was entered on _____ (date).
☐ If applicable, the support order was entered on _____ (date).

Date: 5/27/2022

Allison Clark
Clerk of Court/Deputy Clerk

**Copies mailed/E-served to (check all that apply based on case class):**
☒ Plaintiff/Petitioner or Attorney
☒ Defendant/Co-Petitioner/Respondent or Attorney
☒ Clerk of Court Denver County
☐ Accounting
☐ County Attorney
☐ Court Probation
☐ Department of Human Services
☐ District Attorney

JDF 429   R3/21   CLERK'S RECEIPT FOR CHANGE OF VENUE